UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ILIA TAMOZHNIKOV,

                Plaintiff,

   - against -

UR M. JADDOU,

                Defendant.

24-cv-9521 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff had 90 days from filing the complaint to serve the summons and complaint on the defendants. Fed. R. Civ. P. 4(m). The plaintiff has failed to serve the summons and complaint. The time to serve is extended until April 13, 2025. If service is not made by April 10, 2025, the case will be dismissed without prejudice for failure to prosecute.

    The Clerk is directed to mail a copy of this Order to the pro se plaintiff.

SO ORDERED.

Dated:   New York, New York
          March 13, 2025

                                                John G. Koeltl
                                     United States District Judge