UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ILIA TAMOZHNIKOV,

                Plaintiff(s)

                24 civ 9521 (JGK)

      -against-

UR M. JADDOU,

                Defendant(s).
-----------------------------------------------------------X

## ORDER

A conference will be held on **Tuesday, April 29, 2025, at 11:30am.** The Clerk is directed to mail a copy of this order at the address, below, and enter proof of mailing on the Court's docket. Dial in: (646) 453-4442, with Conference ID 675-278 33#.

**SO ORDERED.**

                                      **JOHN G. KOELTL**
                                 **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         April 9, 2025

Copy filed on ECF and mailed to:
Ilia Tamozhnikov
300 E 54th Street
Apt. 20D
New York, NY 10022